**FILED**

May 11, 2023
KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _Northern_ DISTRICT OF TEXAS
### _Abilene_ DIVISION

_Nicklas Wolfford_ 2281052
Plaintiff's Name and ID Number

_Polunsky Unit_
Place of Confinement

CASE NO: **1-23CV-0102C**

(Clerk will assign the number)

v.

Hendrick "__" Medical Center   1900 Pine st.
Defendant's Name and Address            Abilene, Tx
                                            79601-

Robertson Unit   12071 Fm 3522
Defendant's Name and Address    Abilene, Tx
                                   79601

Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID) , the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis.* In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

   A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? X YES ___ NO

   B.  If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1.  Approximate date of filing lawsuit: 3|6|2023 ; 3/16/2023 ; 4/4/2023

   2.  Parties to previous lawsuit:

   Plaintiff(s) Nicholas Wolfford

   Defendant(s) Polunsky ; 349 District Tx ; US District Court of Texas Lufkin Division

   3.  Court: (If federal, name the district; if state, name the county.) ___

   4.  Cause number: 9:23cv43 ; 9:23cv 48 ; 9:23cv 73

   5.  Name of judge to whom case was assigned: Marcia Crone,

   6.  Disposition: (Was the case dismissed, appealed, still pending?) Pending

   7.  Approximate date of disposition: N/A

Rev. 05/15

II.    PLACE OF PRESENT CONFINEMENT: _Polunsky Unit_

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ___ YES   X NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _Nickolas Wolfford_
_3872 Fm 350S_
_Livingston, TX 77351_

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _James Trammell; Surgen – 1900 Pine st Abilene, Texas 79601-_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Failed to render aid, Cuffs cut Wrist to the Bones 5 Days_

Defendant #2: _Sally Rhea; R.N. – 1900 Pine st. Abilene, Texas 79601_

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

_Failed to render aid, Cuffs cut wrist to the Bone 5 Days_

Defendant #3: _JoBeth Hocking; R.N. 1900 Pine st Abilene, Texas 79601_

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

_Failed to render aid, cuffs cut wrist to the Bone 5 Days_

Defendant #4: _Johnson Hb; R.N. 1900 Pine st. Abilene, Texas 79601_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_failed to render aid, cuffs cut wrist to the Bone 5 Days_

Defendant #5: _Jennifer Augustine RN 1900 Pine st Abilene, Texas 79601_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Failed to render aid, cuffs cut wrist to the Bone 5 Days_

_more Defendants #6–#12 Last "page 6"_

Rev. 05/15

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

2 Statements Attached for all 10 Defendents

VI.    RELIEF:

State briefly exactly what you want the court to do for you.    Make no legal arguments.  Cite no cases or statutes.

Convict all Defendents and pay Plaintiff for all the Pain and Suffering and Change Breakfast Calorie Count "6666 Receipt" In All Hospitals

VII.    GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Nicholas Wolfford ; Nicholas Wolfford

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1968233 ; 2281052

VIII.    SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? _____YES  X NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): _____ NA

2.  Case number: _____ NA

3.  Approximate date sanctions were imposed: _____ NA

4.  Have the sanctions been lifted or otherwise satisfied?    NA    _____YES  X NO

C. Has any court ever warned or notified you that sanctions could be imposed? _____ YES  X NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that issued warning (if federal, give the district and division): _____ *N/A* _____

    2. Case number: _____ *N/A* _____

    3. Approximate date warning was issued: _____ *N/A* _____

Executed on: *5/03/2023*
         DATE

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____ *03* _____ day of _____ *05* _____, 20 *23* .
      (Day)             (month)         (year)

_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

B.

Case 1:23-cv-00102-BU    Document 1    Filed 05/11/23    Page 6 of 26    PageID 6

Defendant #6: Rosamaria Tesorio; R.N. 1900 Pine st.
Abilene, Tx 79601

She harmed me by: Failing to report wrist, help offender

Defendant #7: Anju Pathak; R.N. 1900 Pine st
Abilene, Tx 79601

They harmed me by: Failing to report wrist, help offender

Defendant #8: Suzie Williams; RN 1900 Pine st.
Abilene, Tx 79601

They harmed me by: Failing to report wrist, help offender

Defendant #9: Thomas, Rist; R.N. 1900 Pine st,
Abilene, Tx 79601

They harmed me by: Failing to report wrist, help offender

Defendant #10: Joy Ortega; R.N. 1900 Pine st
Abilene, Tx 79601

They harmed me by: Failing to report wrist, help offender

Robertson ETAL
Defendant #11: Robert Garza; Sargent of Corrections officer
left on his Friday and failed to get Cuffs Until Returned 4 Days
Later  Address: 12071 Fm 3522 Abilene, Tx
79601

Defendant #12: Chad Boone; RN – 1900 Pine st
Abilene Tx 79601
Failed to render aid when cuffs cutting Arms to the Bone

6

Defendent: James Trammell

On May 14th 2021, 2 Days after the Plaintiffs lumbar Surgery "MD" James Trammell Came to see the plaintiff and the Plaintiff Showed him his Arms and the Cuffs were Cutting the Plaintiffs Arms to the Bones Due to the Fact the plaintiff has had Renal Failure and with all the IV fluids and antibiotics it Caused the Plaintiffs Arms to swell to the point the hand Restraints Cut the Plaintiffs Wrist to the Bones on Both Arms and the Plaintiff Did Beg the Surgen to help him get something Done with his wrist and If you'll read the Physicians progress Notes on May 14th 2021 he States "also says his Arms feels Good which obviously Probably is Not related to his lumbar Surgery" This made the Plaintiff Cry Once he read that the Surgen while In his Care in Hendrick allowed him to suffer and not Say anything to the TDCJ Employees About his wrist and then leave him like that and write this In his progress notes, obviously his Arms felt real good, probably not from the lumbar Surgery No but from the Cuffs Cutting his Arms to the Bone

2 of 4

Defendant: James Trammell

all the Nurses knew about my wrist and James Trammell knew also, The plaintiff cryed out over the call button about this several Times, It was Very serious when Sargent Robert Garza left on his Friday, The plaintiff Told him to have Robertson Unit Bring some Zip ties or Bigger Cuffs that these Cuffs Are cutting Into my wrist and Sargent Robert Garza said "I will Tell my LT," And the plaintiff Never seen No Cuffs or Zip ties, the Plaintiff Begged and cryed and Even had the Nurses Station to Call the Justice of the Peace And they said we celled the Security for the Hospital which Nothing Was ever done the Plaintiff Wants James Tramell Convicted for Ignoring his Crys for help and allowing TDCJ Robertson Unit to Abuse him Under his Care without Rendering Aid, He could have Easly Called the Sargent Into the Hall and told him, Im Going to Eat lunch, I hour If I come Back and the Cuffs Are on my patient like that, you'll be In serious Trouble, but James Trammell Done Nothing to render Aid, And nothing Was Done Until Sargent Robert Garza Came BAck

3 of 4

Defendent, James Trammell

And was 4 Days later and When Sargent Garrza
Seen The plaintiffs Wrist at how Deep the
Cuffs had Cut and that no one had Done
Anything About this the Sargent Got on the
Hospital phone And Celled the Unit and within
1 hour Transport Brought Bigger Cuffs, It was
Bad there was Clumps of flesh and Blood Stuck
to the Cuffs, No Photos was Taken, No Statements
And the plaintiff has Tryed to file an Alpha-
David with the Unit OIG on Robertson Unit
and Polunsky Unit and has Tryed to File a
Step 1 Grievance but have Never gotten Nothing
Back and on May 30th 2021 the Plaintiff was in
Pain and Couldnt Sleep and asked the Gaurd to
See if the Nurse Would Bring him a Valiuim to
help relax him So he Could Rest and was Denied
this medication and was Denied Medication Several
Times By the Nurse Staff, The Nurse Staff Wouldnt
even Charge the plaintiffs Bed Sheets, the Plaintiff
and the Gourds Don it 3 Times and the Female
Physical Theripist Done it Once, the Blood was

Defendent: James Trammell

Dry only But one Area where the Back wound was Bleeding and the Sheet stuck to the Plaintiff when Both the Black male and white Female physical theripist Came in to Get the Plaintiff up to Walk Around, the Bed Was so Bad when she seen the Condition of the Bed she Took it upon herself to Change the Bed sheets James Tramonell Did not Say One thing to Any One Not one Time about these Conditions And Ill Actions that had Taken Place to the Plaintiff While the Plaintiff was Under his Care In the Hendrick Hospital Recovering from lumbar Surgery and the Sheets Would get In this Condition and the Nurses Would Come Dump Clean sheets on the Plaintiffs Bed and the Gaurds and plaintiff had to change the sheets which led the plaintiffs Back Wound to Get Infected Once at Robertson Unit Under there Care, The Doctor Gave the Plaintiff Antibiotics for the Infection

Defendant - Sally Rhea

Plaintiff feels the Nurse Did not Render
Aid to the Plaintiff In Reporting the Abuse
That Had Taken place while In her Care
In Hendrick Hospital and Failed to Take
Proper Care of her patient while In her
Care by not changing Bed Sheets and proper
wound Care to prevent Infections which happened
Once Released from the Hospitals Care which
Plaintiff was placed on Antibiotics for Back
and Wrist Infection, the plaintiffs Wrist
Are Scared for the Rest of his life and the
Nurse also Told the plaintiff when he Asked
her Name, I cant Give it to You for Security
Reasons, The plaintiff feels the Nurse Treated
him so Ill Due to being a prisoner and the
Plaintiff Dont Understand how a Top Hospital
In the U.S.A. would allow there Staff members
to treat any One the Way the plaintiff was
Treated without Anyone being held responseble
for the hateful Care Crave by Solly Rhea - RN

Defendant: JoBeth Hocking

The plaintiff Begged JoBeth Hocking Several
Times to help him get Something Done about
his wrist and all She Done was Put Tape
Around the Cuffs and Clearly she saw all
The flesh and Blood Clinging to the cuffs
Then when the Plaintiff was washing himself
In the Shower the Gourds Asked her to
Assist in Changing the Bloody Sheets and She
Just Brought Clear sheets and Dumped on the
Bloody Bed and Exited the Hospital Room at
which the plaintiff and the Correctionel officer
Changed the Bloody sheets, JoBeth Hocking Failed
To check the Wound for wound Care or Change
the Plaintiffs Bed Sheets properly which Led in
The wound to Get Infected and the plaintiff
had to be giving Antibiotics, plaintiff Begged
The Nurses for help about his wrist and his
Crys for help was Ignored by the Hospital
Staff while Under Herdrick Care and Plaintiff
Knows its Simply for the reason that he is a
Inmate on this would have Never had taken
Place by Hospital Staff.

Defendent: Johnson Ho

Johnson Ho Failed to help the plaintiff by
Reporting his Wrist to a Doctor to get help
for the plaintiff and Johnson Ho Didn't make
Sure the plaintiff was Safe Under Johnson's Care
which resulted in No wound Care, No Sheets
Changed or even Reporting the Plaintiffs Wrist
being Cut to the Bones by Cuffs While Under
Johnson Ho's Care at Hendrick Hospital

1 of 1

Defendant: Jennifer Augustine

the plaintiff remembers on May 16th 2021 the
Cuffs was Cutting his Arms so bad he Cryed out
To her over the Call button, begging her to
Call the Justice of the police, Abilene Police
to come Take photos of his Arms and she
Came into his room Jerked out the cell button
wall plug and rolled it up and Told the
Robertson Gaurd that the offender is not
Suppost to be Using the cell button, she
Never Gave the Plaintiff Nothing to help him
She however said she called the security
for the Hospital and reported it which there
was nothing Done to help the plaintiff and
his Crys for help were Ignored by Jennifer
Augustine, However at shift Change she
Reported it to the "Shift Nurse" which came
Into the plaintiffs Room And Ask the problem
and when the plaintiff Showed the shift
Nurse his wrist she laughed and told the
Plaintiff "O'well your an Inmate Get over
It" and nothing was Fixed by No Hendick staff

Defendent: Rosamaria Tesorio

The Plaintiff only remembers seeing Rosamaria
Only 1 Time the whole time he was Under
her Care and Gave him a Injection in
his left hand one time but She Failed to
Report the plaintiffs Arms to a Doctor or
a higher staff member to Assist in Ordering
The Gourds to get Releof from the Abuse
Taking place while Under Hendricks Care
which Resulted in Scared Arms for the life
of the Plemtiff and failure to Care for BAck
wound and Clean Sheet Change which resulted
In the Woured to Get Infected later at
Robertson Unit Aftercare.

Defendant: Anj

Plaintiff Asked the Defendent for help about
his wrist and the Defendent Tailed to help
him get Anything Done and the plaintiff
Told the Nurse he had not had a Bowel
movement and the Female that looks like
Angilena Jolee from Gone in 60 sec. came
Into the Plaintiffs Room and Told the
Plaintiff Im Gonna Order a Enema
for an hour every hour until you have a
Bowel Movement and I said okay but
this was Never done, the Plaintiff feels Anju
Pathak Didnt help the Plaintiff for the
Reason he was an offender and the Plaintiffs
Feel this is Unreasonable

Defendant: Suzie Williams

The plaintiff Remembers Suzie Williams
She Came Into the plaintiffs room and
She looked at his wrist and at this Time
Sargent Robert Garza Got Bigger Cuffs, She
Did Assist the plaintiff by Giving him a
Fake Latex Skin To cover his wrist and she
Put Rapps over the Arms And Even Brought
the plaintiff warm Blankets but Befor the
Sargent Garza Got Bigger Cuffs She Failed to
Do Anything and allowed the Abuse to take
Place, But she Did Assist the Plaintiff and
Done her checks, Gave Ice Water and Juice
and snacks without the Plaintiff even Asking
for it, She really Cared for the plaintiff
And the plaintiff felt this is how the
Plaintiff should have been Treated by
all Hendrick Staff Members

Defendent. Thomas Rist

This Man Never Came Into the Plaintiffs
Room, Never Checked on the plaintiff
to see if he Needed Any thing or
Nothing, Thomas Rist Never Done wound
Care for the plaintiff or checked to
See if the plaintiff needed Any thing
while in Hendricks Care. but was a
Nurse by Hendrick Records, he Never
Gave the plaintiff No Medications or
Nothing at all, the Plaintiff Never seen
this Man Not Once

Defendent: Chad Boone

On 5-15-2021 when the cuffs was cutting the plaintiffs Arms to the Bone he Did not render Aid or Even Try to help the Plaintiff, Dress the wound or Change the Bed Sheets of the plaintiff however on The 17th he Came And Brought the Plaintiffs Medication and Did keep the Plaintiff out of pain then on the 20th the Defendent Did give the Plaintiff his 1st Dose of Valum and Zomes which helped the plaintiff a lot along with Something he Injected in the Plaintiffs hand port but later in the Night the plaintiff Asked for a Valum to help with the Pain to get rest and was Denied by the TDC Gaurd, per the Night shift Nurse, this Nurse on 5-15-2023 and 5-17-2023 Failed to get Ahold of a Doctor or Staff to make the Gaurds help the Inmate Plaintiff

Defendant: Joy Ortega

The plantiff remembers Joy Ortega she Did
Assist the plantiff when possible but
Only seen her Once or twice, she was
nice and She Didnt Act offensive at
the Plantiff Being an Inmate she showed
him Care and Did help the plantiff
but at this time the cuffs had been
Fixed by Sargent Garza

Defendent: Robert Garza   Robertson Sargent "

When Robert Garza left and went home
at the End of his shift I told him to
make Sure You Get the Unit to bring bigger
Cuffs or Zip ties up here, he said I will
Tell my LT when I get Back and he
left and the cuffs were Cutting the Plantiffs
Arms to the Bone at this time and none
ever Came and this was Robert Garza's
Friday and while he was Gone on his weekend
I Begged all the Hospital Staff and TDC
Staff that Came and watched me and not
One of these Gaurds Rendered Aid to Assist
Me in Getting Something Done however when
Robert Garza Came Back off his weekend and
Seen My Arms And the Condition he called
from My Hospital Room phone and within 1
hour the Unit had Bigger Cuffs, Not 1 Gaurd
from the time he left on his Friday Until he
Returned on his Friday Even tryed to help
Get the plantiff Cuffs and the plantiff
Begged all these people to help him which
Is An Unreasonable Act By Hendricks And Robertson

Defendant: Hendrick Medical Center

The plaintiff woke up out of surgery and had an Injection Port in his left hand which he Thought no big Deal of and at Breakfast they Brought the plaintiff Breakfast and the plaintiff Seen the Receipt it said in Bold print and it said Calorie Count: 666 and the plaintiff knew he made the Biggist Mistake of his life and Now will be Damned to hell for the Mark he had Taken, The plaintiff is a Born and Reised Baptist and has Read Rev 13 of his Bible and Rev. 13:16-18 states they will receive a mark in their right hand or in there foreheads and I had the mark in my left hand and I thought at how Children or Burn Victams Get one in there vain in there foreheads, then the Receipt 666 and If I didnt Take this surgery I would not be Able to work to Buy, sell or Trade and Once I Take the surgery I cant remove it Now and It honestly Messed my Spritial WALK with God And I feel when I die I will burn in hell for getting the surgery May 12 2021 at Hendrick Hospital Due to the Breakfast Receipt yall Gave Me After my Surgery this Honestly Broke a peace Inside Me Between Me and God And I know If I die I'll Burn in hell for Taking the Mark of the Beast

Defendent: Hendrick Medical Center

And then Now I have these Constint Premmder
of the Day I took the Mark of the Beast on
my Wrist, I layed In Hendick hospital for 5
Days Begging Hendicks Nurses, Surgens and Doctors
To help me And you Could see the Bones on My
Wrist and Not one Staff Member Rendered
Aid to help the plaintiff, The plaintiff Cant
Change what happened and Now he Cant take
BAck what he Done which will result in him
Going to hell and the Mark inside my Body
Cant Be Removed or Rebeeed Taken Away, I
Nickohs Wolfford have to live with this
Mistake Even After Death And on May 13th
2021 at Breakfast the Plaintiff Realized Once
he seen the Receipt Calarie Count: 666 and seen
the Injection Port in his left hard he Did In
Fact taken the Mark of the Beast and
he is Reminded of this Daily when he looks
at his Wrist and In No way Is this within
Reason for what Took place while In yalls
Care And the Plaintiff Dont Know what to do
Nothing Can Fix this, My Spitual Beleuf is Broken

Defendant: Hendrick Medical Center

And this Means More to me than My Family or My Kids, this even Means More to me Than My Freedom, this is My Spirits After life that was taken from me by the Hendrick Medical Center and then yall made me Suffer In pain with Cuffs Cutting my Wrist to the Bone, And I honestly Dont Know what to do no Amount of Counseling or Spirital Guidance Can Repair this And this happened In the Hendrick Medical Center May 13th 2021 and now the plaintiff must live with this Mistake Not Just for the rest of his life her on Earth but Far beyond In the life here After.



Nicklos Wolford #881052
Plumsky Unit
3872 Fm 350s.
Livingston, Tx
77351

Legal Mail

United States District Court
Northern District of Texas
Abilene Division
341 Pine st 2008
Abilene Tx
79601



RECEIVED
MAY 11 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

