IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| NICKOLAS WOLFFORD, <br> Institutional ID No. 02281052 <br> SID No. 04862151 <br> Prev. TDCJ Nos. 01881554; 01968233 <br> Plaintiff, <br><br> v. <br><br> HENDRICK MEDICAL CENTER, *et al.*, <br> Defendants. | § § § § § § § § § § § § | Civil Action No. 1:23-CV-00102-BU |

## JUDGMENT

In accordance with the Order issued this same day, it is the judgment of this Court that Plaintiff Nickolas Wolfford's Complaint, and all claims alleged therein, is DISMISSED with prejudice under 28 U.S.C. § 1915 (e)(2) and 1915A(b) for failure to state a claim on which relief may be granted.

ORDERED this 4th day of January 2025.

JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE